57

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 2 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| TEXAS SHRIMP ASSOCIATION, et. al., § | |
| § | |
| Plaintiff(s), § | |
| § | |
| v. § | CIVIL ACTION NO. B-98-65 |
| § | |
| DALEY, et. al., § | |
| § | |
| Defendant(s). § | |

### Order

This case is transferred to the Northern District of Florida, Tallahassee Division.

DONE at Brownsville, Texas this ___28___ day of October 1998.

_____
Hilda G. Tagle
United States District Judge